UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2011 APR -8  PM 4: 36

| UNITED STATES OF AMERICA, | CASE NO. 11CR1051-AJB |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| JORGE VALDAVINOS-TORRES, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

__x__  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of: _as charged in the Information._

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 04/07/11

RUBEN B. BROOKS
UNITED STATES DISTRICT JUDGE

ENTERED ON _____